## Benjamin B. Morris, Appellee, v. Wacker Hotel Company et al., Appellants.

Gen. No. 42,722.

MATCHETT, J., dissents.

Heard in the first division, first district, this court at the June term, 1943; opinion filed February 18, 1944; supplemental opinion filed and rehearing denied March 2, 1944. Brown, Fox & Blumberg, for appellants; Charles LeRoy Brown and Jacob Logan Fox, of counsel; David I. Spark, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.